Laurence A. Kluck  SB#123791
MATHEWS, KLUCK, WALSH, WYKLE & LATT, LLP
100 M Street
Eureka, CA  95501
Tel:  (707) 442-3758
Fax: (707)  442-0813

*Attorneys for Plaintiff Henry Sigg*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY SIGG,<br><br>    Plaintiff,<br><br>    v.<br><br>LOST COAST COLLECTIVE, INC., A California Corporation, ENOCH TATTON, LAUREN TATTON, And DOES 1 THROUGH 10, inclusive,<br><br>    Defendants. | Case No.: 3:19-cv-06608-EMC<br><br>**DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**<br><br>GRANTED<br>Judge Edward M. Chen |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this action is hereby dismissed, in its entirety, without prejudice.

Dated:  November 12, 2019         \s\ *Laurence A. Kluck*
                                  MATHEWS, KLUCK, WALSH, WYKLE & LATT, LLP
                                  100 M Street
                                  Eureka, CA  95501
                                  Tel:  (707) 442-3758
                                  Fax: (707)  442-0813

                                  *Attorneys for Plaintiff Henry Sigg*